James Hamilton Lewis, appellant, v. Mary A. Braun et al., appellees. Gen. No. 36,180.

Opinion filed October 10, 1933. Rehearing denied October 23, 1933.

Andrew R. Sherriff, for appellant; Richard S. Folson and Thomas James Norton, of counsel. Ellis D. Whipp, for appellee Mary A. Braun. Cassels, Potter & Bentley, for appellee Canadian Pacific Ry. Co.; Edwin H. Cassels and Raymond W. Hamill, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

First Acceptance Corporation, appellant, v. Overland Motor Company, appellee. Gen. No. 36,313.

Opinion filed October 10, 1933.

West & Eckhart, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Heat Utilities Corporation, complainant, v. Eugene Massey et al., appellees, on appeal of Denis J. Walsh, appellant. Gen. No. 36,368.

Opinion filed October 10, 1933.

Michael J. Sullivan and Morris J. Drezner, for appellant. Deming, Jarrett & Mulfinger, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Mae Steele Howell, administratrix of the estate of Martin A. Howell, deceased, appellant, v. The Equitable Life Assurance Society of the United States, appellee. Gen. No. 36,440.

Opinion filed October 10, 1933.

John A. Sheean, for appellant. Mayer, Meyer, Austrian & Platt, for appellee; Frederic Burnham and Miles G. Seeley, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.